UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| STEPHANIE L. O'NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 1:04-cv-0471-DFH-VSS |
| | ) | |
| OUTSOURCES PARTNERS, | ) | |
| | ) | |
| Defendant. | ) | |

**Entry Discussing Plaintiff's Motion to Compel**

**I.**

Plaintiff O'Neal filed a motion to compel discovery on July 27, 2005. The defendant responded to the motion to compel discovery on August 18, 2005. The motion to compel relates to the defendant's responses to the plaintiff's request for production of documents. Because the parties are familiar with the request for production, the court makes only an abbreviated notation of the subject matter of each. The motion to compel is resolved with full recognition that the purpose of discovery is to provide a procedure to make relevant information available to the parties to a litigation. *Hickman v. Taylor,* 329 U.S. 495, 507 (1947). "Parties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party." *Fed.R.Civ.P.* 26(b)(1).

The motion to compel is **denied as to request no. 1,** because the information sought through that request has now been provided to the plaintiff.

The motion to compel is **denied as to request no. 3, request no. 5, and request no. 6,** because the defendant has shown that the records sought through such requests are outside the scope of discovery here, meaning that they have no discernible probative value to the claim or defenses in this case. "Where a plaintiff fails to produce any specific facts whatsoever to support a[n] . . . allegation, a district court may, in its discretion, refuse to permit discovery . . . ." *Contemporary Mission, Inc. v. United States Postal Service,* 648 F.2d 97, 107 (2d Cir. 1981).

The motion to compel is **denied as to request no. 7** because the records sought by the plaintiff through such request do not exist. If notes from the October 23, 2002, meeting which is described in request no. 7 are discovered, they will be produced.

**II.**

The plaintiff's request that the defendant's motion for summary judgment be denied based on the timing or content of any filing heretofore made by the defendant is **denied.** The plaintiff's alternative request that she be given a period of 30 days from the resolution of her motion to compel, which is achieved in Part I of this Entry, is **granted.** The plaintiff shall have 30 days from issuance of this Entry in which to make a further response to the defendant's motion for summary judgment.

So ordered.

*David F. Hamilton*

DAVID F. HAMILTON, Judge
United States District Court

Date:   10/5/2005

Copies to:

Stephanie L. O'Neal
5856 West 41st Place
Indianapolis, IN 46254

Timothy Bland
Ford & Harrison LLP
6750 Poplar Avenue
Suite 600
Memphis, TN 38138